# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Shana Odell

　　　　　　　　　　　　　　　　　　　CASE NO. C 05-02081 PJH

　　　　　　　　Plaintiff(s),

　　　　v.　　　　　　　　　　　　　　STIPULATION AND [~~PROPOSED~~]
Hartford Life and Accident Insurance　　ORDER SELECTING ADR PROCESS
Company, et al.

　　　　　　　　Defendant(s).
_____/

　　　　Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
　　　　Non-binding Arbitration (ADR L.R. 4)
　　　　Early Neutral Evaluation (ENE)   (ADR L.R. 5)
　✓　Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
　　　　Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
　　　　the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

　　　　other requested deadline  TBD by the Court at the Case Management Conference

Dated: 9-15-05

Dated: 9/15/05

IT IS SO ORDERED
Judge Phyllis J. Hamilton

_____
Attorney for Plaintiff

_____
Attorney for Defendant