UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANA ODELL,

    Plaintiff(s),

    v.

HARTFORD LIFE, et al.,

    Defendant(s).

_____/

No. C 05-2081 PJH

**SCHEDULING ORDER**

At the case management conference on September 22, 2005, the court set a deadline of thirty days in for plaintiff to file a motion regarding the standard of review and her entitlement to discovery. That deadline has now passed and no motion was filed. On October 20, 2005, plaintiff filed a request for dismissal of this action with prejudice. She was advised by the staff of the undersigned judge that because the defendant had answered the complaint, the dismissal would have to be by stipulation or with prejudice. On October 24, 2005, plaintiff filed a withdrawal of her request for dismissal. No further dates have been set on this court's calendar.

Accordingly, the parties' cross motions for summary judgment shall be filed no later than January 4, 2006 and noticed for hearing on February 8, 2006, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October 25, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge