| | |
|---|---|
| 1 | INSURANCE LITIGATORS & COUNSELORS |
|   | JOSEPH JOHN TURRI  Bar No. 181994 |
| 2 | 445 North State Street |
|   | Ukiah, California 95482 |
| 3 | Telephone: (707) 462-6117 |
|   | Facsimile: (707) 468-5302 |
| 4 | insterminator@aol.com |
| 5 | Attorneys for Plaintiff |
|   | SHANA ODELL |
| 6 | |
| 7 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|   | BRUCE D. CELEBREZZE  Bar No. 102181 |
| 8 | DENNIS G. ROLSTAD  Bar No. 150006 |
|   | MICHELLE Y. McISAAC  Bar No. 215294 |
| 9 | One Market Plaza |
|   | Steuart Tower, 8th Floor |
| 10 | San Francisco, California 94105 |
|   | Telephone: (415) 781-7900 |
| 11 | Facsimile: (415) 781-2635 |
|   | dennis.rolstad@sdma.com |
| 12 | |
|   | Attorneys for Defendant |
| 13 | HARTFORD LIFE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 18 | SHANA ODELL, | CASE NO. C05-02081 PJH ADR |
| 19 | Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| 20 | v. | |
| 21 | HARTFORD LIFE, and DOES 1-50, inclusive, | |
| 22 | | |
|    | Defendants. | |
| 23 | | |

25   IT IS HEREBY STIPULATED by and between plaintiff Shana Odell and defendant

26 Hartford Life, by and through their respective attorneys of record herein, that this entire action

27 shall be DISMISSED WITH PREJUDICE, each party to bear her or its own attorneys' fees and

28 costs.

| | | |
|---|---|---|
| 1 | DATED: January 3, 2006 | INSURANCE LITIGATORS & COUNSELORS |
| 2 | | |
| 3 | | |
| 4 | | By:s/Joseph John Turri<br>JOSEPH JOHN TURRI<br>Attorneys for Plaintiff |
| 5 | | SHANA ODELL |
| 6 | | |
| 7 | DATED: January 3, 2006 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 8 | | |
| 9 | | |
| 10 | | By:s/Dennis G. Rolstad<br>DENNIS G. ROLSTAD |
| 11 | | Attorneys for Defendant<br>HARTFORD LIFE |
| 12 | | |
| 13 | IT IS SO ORDERED. | |
| 14 | | |
| 15 | DATED: 1/3/06 | |
| 16 | | HONORABLE PHYLLIS J. HAMILTON<br>UNITED STATES DISTRICT JUDGE |